UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN DOE,

    Plaintiff,

v.

BRENDAN P. CURRAN, Otsego
County Prosecuting Attorney,
MATTHEW NOWICKI, Otsego
County Sheriff, RON PUZON, former
Otsego County Deputy, in their
individual and official capacities, and
RICHARD SNYDER, Governor of the
State of Michigan, and COL. KRISTE
ETUE, Director of the Michigan State
Police,
in their official capacities.

    Defendants.

File No. 18-11935

Hon. David M. Lawson

## DECLARATION OF JOHN DOE

    I, John Doe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am "John Doe," the plaintiff in the above-titled action, and that I am signing this statement pursuant to a pseudonym assigned to me; that I have read the Complaint before it was filed; that the Complaint was prepared with the assistance and advice of counsel upon which I have relied; and that the factual allegations in the Complaint are true to the best of my knowledge, information and belief.

Date: July 10, 2018      By: _/s/ John Doe_____
                                                  John Doe