# Exhibit A

| | | |
|---|---|---|
| **MICHIGAN DEPARTMENT OF STATE POLICE**<br>ORIGINAL INCIDENT REPORT | **ORIGINAL DATE:**<br>Thu, Jan 11, 2018 | **INCIDENT NO:**<br>073-0000187-18 |
| | **TIME RECEIVED:**<br>1800 | **FILE CLASS:**<br>50000 |
| | **WORK UNIT:**<br>MSP GAYLORD POST | **COUNTY:**<br>OTSEGO |
| **COMPLAINANT:**<br>PATROL | | **TELEPHONE NO:** |
| **ADDRESS: STREET AND NO:**<br>563 S OTSEGO ST | **CITY:**<br>GAYLORD | **STATE:** MI  **ZIP CODE:** 49735 |
| **INCIDENT STATUS:**<br>OPEN | | |

## SOR VIOLATION

**SUMMARY:**

We investigated a tip regarding an SOR violation within a school-safety zone. We submitted a warrant request to the PA for review.

**SOR TIP:**

Sgt. Bush assigned us to investigate a tip regarding an SOR violation of ▇▇▇▇. The tip alleged that ▇▇▇▇ was in violation of the School-Safety Zone Act.

**VENUE:**

OTSEGO COUNTY
▇▇▇▇
GAYLORD, MI

**DATE & TIME:**

ON OR AFTER: THU, JAN 11, 2018 AT 1730

**COMPLAINANT:**

PATROL: Tpr. Adam Brown (OIC) & Tpr. Brock Artfitch – MSP Gaylord Post.

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 3 | BROWN, ADAM, 1073, TROOPER | ARTFITCH, BROCK, 1006, TROOPER | |

PRINTED: 1/11/2018 22:38

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Thu, Jan 11, 2018 | INCIDENT NO:<br>073-0000187-18 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED:<br>1800 | FILE CLASS:<br>50000 |

**SUSPECT:**

NAM: ▓▓▓▓▓▓▓▓▓▓
BIR: ▓▓▓  RAC: ▓▓  ETH: Unknown
NBR: ▓ DIR: ▓  SEX: Male  DL: ▓▓▓▓▓▓
STR: ▓  DOB: ▓▓▓  SSN: ▓▓▓
SFX: ▓  HGT: ▓▓  SI: /
CTY: GAYLORD  ST: MI  WGT: ▓▓▓  FBI:
TXH:  ZIP: ▓▓▓  HAI: ▓  MNU:
TXW:  EYE: ▓  PR:
MB: ▓▓▓
SMT:

**INTERVIEW SUSPECT:**



We made contact with ▓▓▓▓▓ at his residence in Gaylord. We informed him that he was not in trouble and we simply wanted to talk with him regarding an SOR violation. He agreed to talk with us on his porch. ▓▓▓▓▓ said that he had moved into his house a few weeks ago. When asked if he knew he was within 1000 feet of a school he stated he was aware of the proximity of the school and said that they purchased the house due to the close proximity for his children.

▓▓▓▓▓ explained that he made contact with Mr. Ron Puzon with the Otsego County Sheriff's Department who advised him that the school-safety zone violations were no longer in effect. ▓▓▓▓▓ stated that if he would have known buying the house was a violation he would not have purchased the house.

**SOR INFORMATION SUMMARY:**

Risk/Class: Michigan Tier 3
Offense Date: 03/01/2008
Convicted: 07/29/2008 Under FL statute 794.011(2) Sexual Bat by Juvenile/ victim under 12 (▓▓▓▓▓▓▓▓▓▓)

**PROSECUTION REQUESTED:**

SOR school-safety zone violation

**CDR/CCH:**

Forwarded to the prosecutor with this report.

| PAGE:<br>2 of 3 | INVESTIGATED BY:<br>BROWN, ADAM, 1073, TROOPER | INVESTIGATED BY:<br>ARTFITCH, BROCK, 1006, TROOPER | REVIEWED BY: |
|---|---|---|---|

PRINTED: 1/11/2018 22:38

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Thu, Jan 11, 2018 | INCIDENT NO:<br>073-0000187-18 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED:<br>1800 | FILE CLASS:<br>50000 |

### EXTERNAL DOCUMENTS:

SOR Investigative report summary
Tip email
Distance Map

### CRIME VICTIMS RIGHTS:

Not applicable.

### IN CAR VIDEO:

Yes, 7330. Available upon request

### STATUS:

OPEN, Pending PA review

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 3 of 3 | BROWN, ADAM, 1073, TROOPER | ARTFITCH, BROCK, 1006, TROOPER | |

PRINTED: 1/11/2018 22:38

1/11/2018                      73-0187-18   Google Maps

## Google Maps



Imagery ©2018 Google, Map data ©2018 Google   200 ft

**DELAYS**
Light traffic in this area

No known road disruptions. Traffic incidents will show up here.

https://www.google.com/maps/dir/▮▮▮▮▮▮+Gaylord,+MI+49735/@45.0248127,-84.6740084,775m/data=!3m1!1e3!4m8!4m7!1m0!1m5!1m1!1s0x4d354f57ef58f10f:0xd509460d13e2fb39!2m2!1d-...   1/2

1/11/2018

73-0187-18

Google Maps

Measure distance
Total distance: 454.02 ft (138.39 m)

https://www.google.com/maps/dir/[redacted],+Gaylord,+MI+49735/@45.0248127,-84.6740084,775m/data=!3m1!1e3!4m8!4m7!1m0!1m5!1m1!1s0x4d354f57ef58f10f:0xd509460d13e2fb39!2m2!1d-... 2/2