**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOE,

        Plaintiff,
v.                                                                                         Case No. 18-11935

BRENDAN P. CURRAN, et al.,

        Defendants.
                                              /

**ORDER SETTING DATE FOR SUBMISSION OF PROPOSED STIPULATED ORDER**

On December 17, 2019, the court held a joint status conference for the cases of *Does v. Snyder*, No.16-13137 ("*Does II*") and *Does v. Curran*, No. 18-1935 ("*Curran*"), which was attended by counsel for all named parties in both cases. The *Curran* case was recently transferred to this court as a companion to *Does II*.

At the conference, the parties discussed the overlapping legal claims in *Curran* and *Does II*. The parties agreed that the equitable claims in *Curran* are subsumed by the equitable claims currently being litigated by the *Does II* certified class. Based on the agreement of the parties, and to increase docket efficiency and clarity, the court explained that it will dismiss the equitable claims of the *Curran* Plaintiffs. However, the court also explained that it would not dissolve the preliminary injunction currently in place in *Curran* while *Does II* is pending, and the parties agreed to submit a proposed stipulated order to that effect. Upon receipt of the parties' anticipated stipulated order to extend the preliminary injunction, the court will dismiss the equitable claims in *Curran*. The court expects the parties to promptly begin work on formulating such a proposed order. Accordingly,

IT IS ORDERED that the parties submit a proposed stipulated order addressing the continuation of the preliminary injunction by **January 3, 2020**.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: December 18, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 18, 2019, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\18-11935.CURRAN.order.setting.dates.HEK.docx