**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN DOE AND JOHN DOE 2,

      Plaintiffs,

v.                                CASE NO: 18-CV-11935

BRENDAN P. CURRAN, ET AL.,

      Defendants.

                          /

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate David R. Grand pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his report filed on August 22, 2022, the magistrate judge recommended that this court grant in part and deny in part Plaintiffs' Renewed Motion for Attorneys' Fees and Costs. [Dkt #108].

No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

The Court ADOPTS the Report and Recommendation for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiffs' Renewed Motion for attorney Fees and Costs is **GRANTED IN PART AND DENIED IN PART.**

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff John Doe 1 ONLY is awarded a total of $6,045.00 in attorneys' fees and costs against defendants Snyder and Etue ONLY.

.

                           S/Robert H. Cleland
                           ROBERT H. CLELAND
                           UNITED STATES DISTRICT JUDGE

Dated:  September 8, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 8, 2022, by electronic and/or ordinary mail.

                           S/Lisa Wagner
                           Case Manager and Deputy Clerk
                           (810) 292-6522