UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOE and
JOHN DOE 2,

    Plaintiffs,

v.                                      Case No. 18-11935

BRENDAN P. CURRAN, et al.,

    Defendants.
_____/

**JUDGMENT AS TO ATTORNEYS' FEES**

On December 29, 2021, the court entered a final judgment in the present matter. (ECF No. 107). Following the entry of the judgment, Plaintiffs filed a motion for reasonable attorneys' fees under 42 U.S.C. § 1988(b). In accordance with the court's Order dated September 7, 2022, adopting the Magistrate Judge's Report and Recommendation regarding attorneys' fees and costs,

IT IS ORDERED AND ADJUDGED that a judgment as to attorneys' fees and costs is entered in favor of *only* Plaintiff John Doe 1 and against *only* Defendants Richard Snyder, Kristie Etue in the amount of $6,045.00. Dated at Port Huron, Michigan this 7th day of September, 2022.

                                                  KINIKIA ESSIX
                                                CLERK OF THE COURT

                                                BY: s/Lisa Wagner

Dated:  September 8, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                                             /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\18-11935.CURRAN.JudgmentAttorneysFees.AAB.docx